**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MARK HOUSTON, | CASE NO. C07 00859 HRL |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE** |
| vs. | |
| COUNTRY COACH, INC., | |
| Defendant. | |

Plaintiffs' Ex Parte Application For An Order Dismissing This Action Without Prejudice was reviewed and considered by the Court. Upon consideration of the papers filed in support of and in opposition to the application, the Application is DENIED.

**IT IS SO ORDERED.**

Dated: _____2/7/08_____

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE