*E-filed 3/17/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HOUSTON,<br>        Plaintiff,<br><br>   v.<br><br>COUNTRY COACH, INC.,<br>        Defendant.<br>_____/ | No. C 07-00859 HRL<br><br>**ORDER DISCHARGING 2/20/08 ORDER TO SHOW CAUSE**<br><br>Re: Docket No. 35 |

      On February 20, 2008, this court issued an order to show cause directed to Terry L. Baker, counsel for plaintiff, and Kevin J. Tully, counsel for defendant. The attorneys were ordered to appear and show cause why they should not be sanctioned for failures related to deficient pretrial submissions and other identified issues.

      On March 14, 2008, both appeared before this court to address the show cause order. Based on their respective appearances and the explanations provided, the order to show cause is now discharged as to both Baker and Tully. No sanctions will be imposed. However, nothing in this order should be construed as a validation of the conduct of counsel.

      **IT IS SO ORDERED.**

Dated: 3/17/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Terry L. Baker tbaker@consumerlawgroup.net

Kevin J. Tully kevin@tullylaw.net, jeanine@tullylaw.net, julie@tullylaw.net

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:   3/17/08                    KRO
                                   Chambers of Magistrate Judge Howard R. Lloyd